1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  UNITED STATES OF AMERICA

9                    Plaintiff,                    Case No. MJ13-31

10         v.                                       **DETENTION ORDER**

11  CHARLES GLENN PERKINS,

12                    Defendant.

13  Offenses charged:

14     Receipt of Child Pornography and Possession of Child Pornography.

15  Date of Detention Hearing:  January 23, 2013.

16     The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f),

17  and based upon the factual findings and statement of reasons for detention hereafter set forth,

18  finds that no condition or combination of conditions which the defendant can meet will

19  reasonably assure the appearance of the defendant as required and the safety of any other person

20  and the community.

21        **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

22     Defendant has prior felony convictions for child molestation and statutory rape in the first

23  degree.  According to the complaint, while he was traveling internationally he possessed child

pornography.  Defendant's home was searched and more child pornography was found.  The case is strong as defendant admitted possessing and downloading child pornography. Given defendant's criminal history, and willingness to travel with child pornography, he poses a danger to the community and must be detained.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 23rd of January, 2013.


_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2